E-FILED – **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5216-GHK (JEMx) | Date | August 3, 2015 |
|---|---|---|---|
| Title | *Young Soon Sung v. Alice Rham* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order Remanding Action**

On July 17, 2015, we ordered Defendant Thomas Kim dba Unimae ("Defendant") to show cause why this action should not be remanded because we lack subject matter jurisdiction. (Dkt. 5.) We warned Defendant that the failure to timely and adequately show cause as required by our Order would be deemed an admission that remand is proper. Defendant's deadline to respond to our OSC has passed, and he has failed to respond. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

|   |   --   :   --   |
|---|---|
| Initials of Deputy Clerk | Bea |